UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 11-13449 GMB

Debtor: Robert S. & Timothy G. Snyder, Sr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1811614 | Bank of America, N.A. | 2314.45 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  July 11, 2013